UNITED STATES DISTRICT COURT
for the
THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| S3G TECHNOLOGY LLC, | § § § § | |
| Plaintiff(s), | § | |
| vs. | § | Civil Action No. 2:23-cv-00526-JRG-RSP |
| | § § | |
| BOOT BARN, INC., | § § | |
| Defendant(s). | § | |

## RETURN OF SERVICE

Came to my hand on **Wednesday, November 15, 2023 at 5:12 PM,**
Executed at: **251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808**
at **12:15 PM,** on **Thursday, November 16, 2023,**
by delivering to the within named:

**BOOT BARN, INC.**

by delivering to its **Registered Agent, CORPORATION SERVICE COMPANY**
by personally delivering to its **Authorized Employee, LYNANNE GARES**
a true copy of this

**SUMMONS, COMPLAINT FOR PATENT INFRINGEMENT,
EXHIBITS A - F and CIVIL COVER SHEET**

BEFORE ME, the undersigned authority, on this day personally appeared GILBERT DEL VALLE who after being duly sworn on oath states: "My name is GILBERT DEL VALLE. I am a person not less than eighteen (18) years of age and I am competent to make this oath. I am a resident of the State of Delaware. I have personal knowledge of the facts and statements contained herein and aver that each is true and correct. I am not a party to nor related or affiliated with any party to this suit. I have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

By: _____

**GILBERT DEL VALLE – Process Server**

Subscribed and Sworn to by GILBERT DEL VALLE, Before Me, the undersigned authority, on this ___ day of November, 2023.

_____
Notary Public in and for the State of Delaware

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on July 26, 2026