IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| S3G TECHNOLOGY LLC, | § § § | |
| *Plaintiff* | § § | CIVIL ACTION NO. 2:23-cv-526 |
| v. | § § | |
| BOOT BARN, INC., | § § | JURY TRIAL DEMANDED |
| *Defendant.* | § § | |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Boot Barn, Inc., by and through its undersigned counsel, hereby discloses that it is a wholly-owned subsidiary of Boot Barn Holdings, Inc., which is a publicly traded company (NYSE: BOOT). BlackRock, Inc., a publicly traded company (NYSE: BLK), owns 10% or more of the stock of Boot Barn Holdings, Inc.

| | |
|---|---|
| Dated: January 23, 2024 | Respectfully submitted,<br><br>**McGUIREWOODS LLP**<br><br>*/s/ Matthew W. Cornelia*<br>Jason W. Cook<br>Texas Bar No. 24028537<br>Matthew W. Cornelia<br>Texas Bar No. 24097534<br>2601 Olive Street, Suite 2100<br>Dallas, Texas 75201<br>Tel: (214) 932-6400<br>Fax: (214) 932-6499<br>jcook@mcguirewoods.com<br>mcornelia@mcguirewoods.com<br><br>*Counsel for Defendant*<br>*Boot Barn, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system on January 23, 2024.

                                                                                                           */s/ Matthew W. Cornelia*
                                                                                                           Matthew W. Cornelia